IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NCTA—THE INTERNET & TELEVISION ASSOCIATION,<br><br>   *Plaintiff*,<br>v.<br><br>UNITED STATES COPYRIGHT OFFICE, et al.,<br><br>   *Defendants*. | Case No. 1:26-cv-713 |

**PLAINTIFF NCTA—THE INTERNET & TELEVISION ASSOCIATION'S
CORPORATE DISCLOSURE STATEMENT**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

  I, the undersigned counsel of record for Plaintiff NCTA—The Internet & Television Association (NCTA), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies that own a 10% or greater interest in NCTA.

  These representations are made in order that judges of this Court may determine the need for recusal.

1

Dated: February 27, 2026                    Respectfully submitted,

*/s/ Sarang V. Damle*
Matthew A. Brill (DC Bar No. 456680)
Sarang V. Damle (DC Bar No. 1619619)
Brent T.F. Murphy (DC Bar No. 1645051)
Hasala K. Ariyaratne (DC Bar No. 90029338)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email:  matthew.brill@lw.com
          sy.damle@lw.com
          brent.murphy@lw.com
          hasala.ariyaratne@lw.com

Robert K. Kry (DC Bar No. 490545)
Jackson A. Myers (DC Bar No. 1735365)
MOLO LAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, NW,
Washington, DC 20037
Tel: (202) 556-2011
Fax: (202) 556-2001
Email:  rkry@mololamken.com
          jmyers@mololamken.com

*Attorneys for Plaintiff NCTA—The Internet & Television Association*