AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| NCTA—The Internet & Television Association ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:26-cv-713 |
| United States Copyright Office, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NCTA—The Internet & Television Association                                                                    .

Date:   02/27/2026

/s/ Brent T.F. Murphy
*Attorney's signature*

Brent T.F. Murphy (DC Bar No. 1645051)
*Printed name and bar number*

LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
*Address*

brent.murphy@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 637-2201
*FAX number*