AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| NCTA—The Internet & Television Association <br><br> *Plaintiff(s)* <br> v. <br> United States Copyright Office, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:26-cv-00713-SLS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeanine F. Pirro
U.S. Attorney for the District of Columbia
Attn: Civil Process Clerk
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Sarang V. Damle
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 03/02/2026

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

NCTA - The Internet & Television Association
Plaintiff

vs.

Case No: 1:26-cv-00713-SLS

United States Copyright Office, et al.
Defendant(s)

## DECLARATION OF SERVICE

I, Ambiko Wallace, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint for Declaratory and Injunctive Relief with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/02/2026 at 3:15 PM, I served Jeanine F. Pirro, U.S. Attorney for the District of Columbia c/o Civil Process Clerk at 601 D Street, NW, Washington, DC 20530 with the Summons, Civil Cover Sheet, and Complaint for Declaratory and Injunctive Relief with Exhibits by serving Ali Tusmo, Paralegal Specialist, authorized to accept service.

Ali Tusmo is described herein as:

Gender: Female    Ethnicity: Black    Age: 27    Weight: 135    Height: 5'3"    Hair: Black

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/02/2026

*Ambiko Wallace*

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number: 045176-0079.
Job #:15327010