AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| NCTA—The Internet & Television Association | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-713 |
| United States Copyright Office, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NCTA—The Internet & Television Association.

Date: 03/04/2026

/s/ Robert K. Kry
*Attorney's signature*

Robert K. Kry (D.C. Bar No. 490545)
*Printed name and bar number*

MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, NW
Washington, DC 20037
*Address*

rkry@mololamken.com
*E-mail address*

(202) 556-2011
*Telephone number*

(202) 556-2001
*FAX number*