IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NCTA—THE INTERNET & TELEVISION ASSOCIATION,<br><br>   *Plaintiff*,<br>v.<br><br>UNITED STATES COPYRIGHT OFFICE, *et al.*,<br><br>   *Defendants*. | Case No. 1:26-cv-713-SLS<br><br>The Honorable Sparkle L. Sooknanan |

## NOTICE OF APPEARANCE

  Please take notice that Michael Bruns, a Trial Attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance on behalf of all Defendants in this action. Please direct all communication regarding this case to Mr. Bruns's contact information below.

| | |
|---|---|
| Dated: March 9, 2026 | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>JOSEPH E. BORSON<br>Assistant Branch Director<br><br>*s/ Michael Bruns*<br>MICHAEL BRUNS (DC Bar No. 1613394)<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone: 202-514-4011<br>Fax: 202-616-8460<br>Email: michael.bruns@usdoj.gov<br>*Attorneys for Defendants* |