**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NCTA—THE INTERNET & TELEVISION
ASSOCIATION,

        *Plaintiff,*

  v.

UNITED STATES COPYRIGHT OFFICE, *et al.,*

        *Defendants.*

Case No. 1:26-cv-713-SLS

The Honorable Sparkle L. Sooknanan

**JOINT STATUS REPORT**

Pursuant to the Court's March 10, 2026 Order, Plaintiff NCTA—The Internet & Television Association ("NCTA") and Defendants United States Copyright Office, Shira Perlmutter, the Library of Congress, and Robert Newlen (collectively, "Defendants," and together with NCTA, "the Parties") jointly file this status report.

**A.**    **Joint Proposal To Withdraw Preliminary Injunction Motion and Set a Briefing Schedule for Summary Judgment Proceedings**

The Parties jointly propose that NCTA will withdraw its motion for a preliminary injunction (ECF No. 8, filed March 4, 2026) and instead resolve the disputed legal issues through summary judgment proceedings.  The Parties have reached an agreement to stay Defendants' consideration of any requests by NCTA's members for refunds of royalty overpayments during the pendency of this litigation.

**B.      Briefing Schedule**

The Parties jointly propose the following briefing schedule for summary judgment proceedings:

- April 3, 2026 – Defendants' production of certified Administrative Record

- April 17, 2026 – Plaintiff's Motion for Summary Judgment (45 pages)

- May 22, 2026 – Defendants' Opposition and Cross-Motion for Summary Judgment (45 pages)

- June 26, 2026 – Plaintiff's Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment (45 pages)

- July 17, 2026 – Defendants' Reply in Support of Cross-Motion for Summary Judgment (25 pages)

**C.      Hearing Date**

The Parties agree that oral argument on the summary judgment motions would aid the Court in its consideration, given the complexity of the statutory interpretation issues presented. The Parties suggest a hearing in August or at an alternative date convenient for the Court.

**D.      Factual Disputes**

The Parties do not anticipate factual disputes regarding the summary judgment motions.

Dated:  March 11, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General Civil Division

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Michael Bruns*
MICHAEL BRUNS (DC Bar No. 1613394)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-4011
Fax: 202-616-8460
Email: michael.bruns@usdoj.gov

*Attorneys for Defendants*

*/s/ Sarang V. Damle*
Matthew A. Brill (DC Bar No. 456680)
Sarang V. Damle (DC Bar No. 1619619)
Brent T.F. Murphy (DC Bar No. 1645051)
Hasala K. Ariyaratne (DC Bar No. 90029338)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: matthew.brill@lw.com
        sy.damle@lw.com
        brent.murphy@lw.com
        hasala.ariyaratne@lw.com

Robert K. Kry (DC Bar No. 490545)
Jackson A. Myers (DC Bar No. 1735365)
MOLO LAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, NW,
Washington, DC 20037
Tel: (202) 556-2011
Fax: (202) 556-2001
Email:   rkry@mololamken.com
        jmyers@mololamken.com

*Attorneys for Plaintiff NCTA—The Internet &
Television Association*